## MILLER vs. KEEN.

The subscription of a notary public to a jurat need not be sealed.

*Cass Circuit*, 1870.

Suit on a note. The defendant had filed with his plea an affidavit denying his signature, &c. Sworn before a notary public. The jurat was under the notary's hand, but not under seal.

*Atwell*, for Plaintiff, contended that § 461, *C. L.*, required there should be a seal to the jurat or it was not evidence.

*By the Court,* BLACKMAN, J.—The simple point to the objection is, that there is no proof of the swearing of the affiant, because no seal is attached to the notary's signature. Paragraph 461, *C. L.*, does not say " his certificate without a seal shall not be evidence." The whole section, however, evidently refers to his acts under mercantile law, which requires a seal to his certificate.

It has never been the practice to affix his seal to acts authorized by the statute solely.